

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00483-CV

**IN THE INTEREST OF S.G.I.,** a child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00452
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's motion for extension of time to file its brief is GRANTED. The State's brief is due on November 18, 2015. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court